# UNITED STATES DISTRICT COURT
## for the
### TEXAS SOUTHERN DISTRICT

United States Courts
Southern District of Texas
FILED

JUL -7 2023  DJM

Nathan Ochsner, Clerk
Laredo Division

| | |
|---|---|
| MARIA GUADALUPE REYNA BENAVIDES ) | |
| Claimant  *Plaintiff/Petitioner* ) | |
| vs | |
| THE FEDERAL DEPARTMENT of INVESTIGATION ) | ~~Criminal~~ Action No. |
| ) | C i V i L |
| Wrong-Doer  *Defendant/Respondent* ) | 5:23-CV-67 |

   TO THE HONORABLE JUDGE of this District Court: NOW COMES, MARIA GUADALUPE REYNA BENAVIDES, to file this criminal Lawsuit. The Wrong-Doer is The Laredo, Texas Federal Department of Investigation, that on July 5, 2023, it refuses to take my Criminal Complaint under Oath as required by The American Common Law to have Jurisdiction for a Twelve Person Common Law Jury Trial of our Peers. Since on or about June 27, 2023, my Attorney-in-Fact Anastacio R. Barrera has been trying to file this Criminal Complaint with The Laredo Federal Department of Investigation with no success. On July 5, 2023, my son Alejandro Castillo personally went to file my Felony Criminal Complaint and was also denied His Constitutional Right for Justice. The Federal Department of Investigation is violating Title 18 Section 241 & 242 of the United States Criminal Code. They are also Perverting the Course of Justice a profoundly serious Crime in the Common Law, this because since June 27, 2023, we have tried to file a Felony Criminal Complaint and to this day they continue Free because F.B.I. Agents have continued to Pervert the Course of Justice.

   F.B.I. Agents refuse to Preserve, Protect, and Defend the U.S. Constitution, by their actions we know this. They refuse to obey Article IV Section 4, that says that the United States shall guarantee to every State in this Union a Republican Form of Government. A Republican Form of Government which means that all Citizen have Rights and The Federal Government First Duty to its Citizens is to protect our Citizens Ten Bills of Rights. This must be the Priority of all Public Servants especially the Executive that has the power and Duty to enforce and Protect these Rights,

   On 22 day of June 2023, we made Under Oath this Criminal Complaint against PATRICIA B. BOWMAN and JOSE FERNANDO MORALES FOR THEIR Conspiracy to steal (ROB) our Homestead, which can be seen on Exhibit 4. It was especially Important for us to file this Criminal Complaint under Oath for the abovementioned Felony Criminal have file an EVICTION ORDER, CASE NO. 2023FED000160J5. To be tried on July 6 at 9:00 A.M. . The State of Texas has a De Facto Government. See Exhibit 1 and Exhibit 2, both Criminal Complaints that the F.B.I. has refused to File. The F.B.I. is perverting the Course of Justice and has allowed Felony Criminals to be FREE. I am at a Bad Disadvantage and will truly be denied Justice.

   The Denied of Justice violates our Right that says, our property cannot be taken away without Due Process of Law. I Demand a Twelve Person Common Law Jury Trial of my Peers to decide who is the true owner of my Homestead.

   I Petition for an Injunction to stop this State of Texas De Facto Court Trial, CASE NO. 2023FED000160J5 to go to Trial and that this Trial be tried in this United States District Court.

I PETITION FOR A WRIT of MANDAMUS TO ORDER THE FEDERAL DEPARTMENT OF INVESTIGATION to Teach all agents to do the following:

(1). That The United States has Common Law Jurisdiction.

(2). All Complaints must be signed Under Oath, to have Jurisdiction in a Common Law Court.

(3). When a Complaint is signed Under Oath, this means that the Plaintiff has been Wrong and The Wrong-Doer must go to trial to see if he is innocent or guilty.

(4). THERE EXIST NO NEED FOR Police, Sherriff, District Attorney or Grand Jury to do any kind of investigating to see if a person was Wrong. The Complaint under Oath is Evidence that a person was Wronged.

(5) That the Department of Investigation be open to United States Citizens 24 hours a day and 365 days a year, That Citizens have a Right to File a Complaint when his Person is Wrong by another Citizen. In Article IV Section 4 our U.S. Constitution guarantees all Citizens a Republican Form of Government where The United States Guarantees all Citizens that as a Priority there Ten Bill of Rights shall be Preserved and Protected.

(6). That The State of Texas has a De Facto Government, Where United States Citizens cannot file a Criminal Complaint Under Oath, Citizens are denied Justice.

(7) That The F.B.I. File Criminal Complaints against all Elected Officials that have denied Citizens under color of Law any Rights Guaranteed them by the U.S. Constitution and our Laws.

(8) That The F.B.I. and State Police Give Citizens a speedy trial to both the plaintiff as the defendant as is guaranteed by the U.S. Constitution.

(9). That The F.B.I. and State Police give within fourteen days a complete report as to when this speedy trial will take place. It is a Common Law Custom for all Police, both Federal and State Police, to never follow up and give plaintiff any kind of report done on a Criminal Complaint under Oath. It is easy for Citizens to come with this Opinion of our Public Servants "THAT THEY ARE LAZY AND DO NO WORK ON ANY CRIMINAL COMPLAINT WHICH THEY PUT IN THE WASTE BASKET AS SOON AS THE PLAINTIFF LEAVES HIS OFFICE" That this practice under color of Law be stopped and if police or F.B.I. agents refuse to work for citizens. That they be fired.

*WE PRAY, THAT THE UNITED STATES CONSTITUTION BE RESTORED AS "THE SUPREME LAW OF THE LAND" IN THE STATE of TEXAS. THAT THE American Common Law Jurisdiction be restored in all Texas Court and Justice and the Rule of LAW BE RESTORED IN THE STATE of TEXAS.*

BEFORE ME, the undersigned, a Notary Public in and for said County, State of Texas, on this day personally appeared MARIA GUADALUPE REYNA BENAVIDES, to me well known, and who, after being by me duly sworn that; The above is a Criminal Complaint under Oath to have Common Law Jurisdiction in a Common Law Court Trial with a Twelve Person Jury of my Peers.

MARIA GUADALUPE REYNA BENAVIDES

SUBSCRIBED AND SWORN TO BEFORE ME, this ___6th___ day of July 2023.

(L.S.)

Angelica Melissa Garza

ANGELICA MELISSA GARZA
My Notary ID # 129180848
Expires October 26, 2024

ANASTACIO R. BARRERA
ATTORNEY-IN-FACT
(956) 949-6834

# GENERAL POWER OF ATTORNEY

I, __MARIA GUADALUPE REYNA BENAVIDES__, of

_1819 Mercer Street_, LAREDO, TX 78043__ address:

c/o Name of Attorney-in-Fact __ANASTACIO R. BARRERA__,

Address of Attorney-in-Fact __2618 Green Street__:

Telephone Number of Attorney-in-Fact __(9560) 949-6834__.

Grant of this General Power of Attorney:

I, __MARIA GUADALUPE REYNA BENAVIDES__, Grant my Attorney-in-Fact

__ANASTACIO R. BARRERA__, This Power of Attorney to act in my Defense to this or any other Lawsuit against me. That my Attorney-in-Fact will have the power to investigate The Law of The Land and The American Common Law of The United States of America. He will have the power to take this are any other Lawsuit against me to its final Judgement.

It is agreed by both parties that I the principal will have the right to have a second consular at Law. That all my Consulars will show me all the Documents to be filed in Court and that I and only I the Principal will have the Authority to decide which documents will be filed in Court.

To make my defense on any Lawsuit to my Homestead, my Person or of any of my minor children.

Principal Agrees to pay all Court Cost or any other cost that are deemed necessary to carry this lawsuit to its final judgement. Payment to the Attorney-in-Fact will be written on a second document that will be agreed by both parties.

This Agreement is Acknowledge as signed on this __16__ day __May__, 202_3_

Principal: MARIA GUADALUPE REYNA BENAVIDES

Attorney-in-Fact: ANASTACIO R. BARRERA



EXHIBIT 1

| | | |
|---|---|---|
| The State of Texas | () | THE UNITED STATES CONSTITUTION is at "DE JURE" |
| County of Webb | () | To the U.S. Department of Justice :    This is a |
| | () | CRIMINAL COMPLAINT against The STATE of TEXAS: |

BEFORE ME, the undersigned, a Notary Public in and for said County, State of Texas, on this day personally appeared __ANASTACIO R. BARRERA to me well known, and who, after being by me duly sworn, deposes and says that.

He is a member of The American Common Law Party, and as a former Soldier of The United States that served in Vietnam with A co. !/7 Cav. First Platoon of The First Air Cav. That he is a Vietnam War Hero deserving *"THE MEDAL OF HONOR":* That in the morning of November 16, 1968, one hour before sunrise, we had a surprise NVA ground attack. He further states that he and Larry Lara who was killed bravely defending our perimeter. That we both prevented a United States military defeat, Larry Lara killed from 12 to 18 NVA soldiers before been killed but without his kills I would not have been able to get The Charging NVA line in a deadly crossfire in which I killed a total of 65 plus NVA soldier and made them retreat back to the Jungle. ***TODAY IN THE STATE OF TEXAS, I HAVE NO RIGHT'S, MY PROPERTIES HAVE BEEN CONFISCATED WITHOUT "DUE PROCESS OF LAW" I AM DENIED MY RIGHT TO FILE A CRIMINAL COMPLAINT UNDER OATH, DENIED MY RIGHT TO A TWELVE PERSON COMMON LAW JURY TRIAL OF MY PEERS. MY TWENTY ACRE TWO STORY HOMESTEAD, AND OUR TEN ACRE RELIGIOUS MONASTARY WERE CONFISCATED WITHOUT THE DUE PROCESS OF LAW. WHICH THE UNITED STATES CONSTITUTION CLEARLY PROHIBITS.***

The State of Texas has A "De Facto" Government, which gives its citizens A De Facto Court System and De Facto Jury Trials, has A De Facto District Attorney, has a De Facto Police and Sherriff, AND Texas Rangers. Has a De Facto Congress. "THE STATE OF TEXAS SAYS THAT THE UNITED STATES CONSTITUTION HAS BEEN SUSPENDANT AND NO LONGER IS THE LAW." THE STATE OF TEXAS HAS A "DE Facto" Government which means "in Reality or as a matter of Fact" that what we give you as a right is what you only get.

The United States Department of Justice has allowed The State of Texas to commit this Felony Crimes to United States Citizens living in The State of Texas. The denial of Rights guaranteed by The United States Constitution and The Laws of The United States is a Felony Crime according to the Rule of Law. This is The Law "Title 18 Section 241 & 242 of The United States Criminal Code."

As a Matter of Law, THE UNITED STATES CONSTITUTION IS AT "de jure." Which means that By Law or By Right, The United States Constitution is The Supreme Law of The Land. Our Constitution says that we are to have a Republican Form of Government. This means that all Citizens have there Ten Bill of Right's that have to be respected.   Article VI, Paragraph 2 of the United States Constitution is referred to be The Supremacy Clause, been that The State of Texas is a De Facto government all it actions at Law is Void and not Legal at Law.

**WE PETITION AND ORDER, THAT STATE of TEXAS OFFICIALS ACTING UNDER COLOR of LAW THAT HAVE DENIED UNITED STATES CITIZENS, "DUE PROCESS of LAW," THE RIGHT TO FILE A CRIMINAL COMPLAINT UNDER OATH," THE RIGHT of A COMMON LAW COURT TRIAL AND A TWELVE PERSON**

JURY of our PEERS. THAT ALL JUDGES THAT HAVE VIOLATE THE CHECK AND BALANCE OF OUR COURT SYSTEM of JUSTIC BE TAKEN TO TRIAL. THAT ALL THE POLICE, SHERRIFF, OR TEXAS RANGERS THAT DO NOT PROVIDE A SPEEDY TRIAL TO THE VICTIM AND THE ACCUSED BE CHARGED WITH CORRUPTION AND BE CHARGED WITH A FELONY CRIME. THAT ALL POLICE OFFICER THAT GAVE THE ORDER, THAT THEY DO NOT PROVIDE ANY HELP, TO THE LITTLE CHILDREN AND TEACHERS IN THE UVALDE MASSACRE, WHO WERE IN PAIN AND BLEEDING TO DEATH. HOW MANY TEACHERS AND LITTLE CHILREN WOULD BE ALIVE TODAY IF GIVEN QUICK MEDICAL ATTENTION? THAT THEY BE CHARGED WITH MURDER AND GIVEN THE DEATH PENALTY.

THE above-mentioned OFFICIALS of THE STATE of TEXAS HAVE VIOLATED THE FEDERAL LAW, WHICH IS THE SUPREME LAW of THE LAND. THEY HAVE VIOLATED THIS FEDERAL LAW "TITLE 18 SECTION 241 & 242 of THE UNITED STATES CRIMINAL CODE."

We give you fourteen working days to inform us that the arrest warrants are been send out to bring this Felony Criminals for Suspending the United States Constitution in The State of Texas. Our telephone number is (956) 949-6834 please leave us a Text Message, please no voice messages. The Magna Carta, The British Common Law before the Revolution, and The American Common Law that has a constitution to guide it. Says the following, that a Criminal or Civil Complaint under Oath is evidence that a person has been wrong and there exists a wrongdoer that must go to Trial to see if he is innocent or guilty. This means that the police, the sheriff, nor the Texas Rangers must do any investigation.

***WE PRAY, THAT THE UNITED STATES CONSTITUTION BE RESTORED AS "THE SUPREME LAW OF THE LAND" IN THE STATE of TEXAS. THAT THE American Common Law Jurisdiction be restored in all Texas Court and Justice and the Rule of LAW BE RESTORED IN THE STATE of TEXAS.***

*[signature]*

ANASTACIO R. BARRERA

SUBSCRIBED AND SWORN TO BEFORE ME, this 28th day of _____June_____, 2023____.

(L.S.)    *[signature: Angelica Melissa Garza]*

ANGELICA MELISSA GARZA
My Notary ID # 129180848
Expires October 26, 2024

EXHIBIT 2

| | | |
|---|---|---|
| The State of Texas | () | ADDITION TO THE FOLLOWING COMPLAINT: |
| County of Webb | () | To the U.S. Department of Justice :    This is a |
| | () | CRIMINAL COMPLAINT against The STATE of TEXAS: |

BEFORE ME, the undersigned, a Notary Public in and for said County, State of Texas, on this day personally appeared __ANASTACIO R. BARRERA to me well known, and who, after being by me duly sworn, deposes and says that.

The English Common Law is based on the right's acquired by The English Magna Carta that was signed on June 15, 1215. The Magna Carta gave this Right's to all Free Men, this are the following Right's.

!), All men have a Right to Justice and a Fair Trial with a Jury. Access to swift justice.

2). The Monarch, King or President does not have absolute Power.

3). The LAW IS ABOVE ALL MEN AND Applies to everyone EQUALLY.

4). All citizens can own and inherit property.

COMMON LAW is based on "CASE LAW and PRECEDENT. That the ruling made by the King's Court must be made according to the common custom of the realm. The Legal Principle known as "stare decisis," a Latin meaning "to stand by things decided.

On June 17, 1812, Thomas Jefferson wrote this about The English Common Law. "The truth is that we brought with us the Rights of Man; of EXPATRIATED MEN." As Jefferson continues, he is forced to concede that the Common Law has been adopted in America, but he draws the line at relying on any British Authorities from after The Declaration of Independence.

This is now called "THE AMERICAN COMMON LAW." The American Common Law is different from The English Common Law because it has a constitution. The U.S, Constitution says that in the United States there can exist only two types of Court's. The Common Law Courts with a Jury Trial and Equity Courts for any case that cannot be tried at a Common Law Court. This U.S. Constitution tells us how the United States is to be operated under The Law. This Constitution says that only Congress can pass Laws, and that it has a Separation of Power where each branch of government has a Check and Balance power to prevent tyranny by the other branches of government. The U.S. Constitution put's an Estoppel (stop) to all the abuses in Europe to the Common Man, by the king, church, banks, and the courts Case Law and Precedent (remember this started the American Revolution,)

Under The U.S. Constitution and its Check and Balance Power's, Court Trials under its Case Law and Precedent can declare a law passed by congress as void and unconstitutional. Courts can not make Laws. Under The U.S. Constitution Laws, are extremely time consuming and extremely hard to pass. It is against all logic that a simple judge and court trial can make a new law in our Nation.

***THE STATE of TEXAS, has a "DE FACTO" Government and has SUSPENDED The UNITED STATES CONSTITUTION, The RULE of LAW, The COMMON LAW JURISDICTION THAT SAYS ALL CRIMINAL AND CIVIL COMPLAINT'S HAVE TO BE UNDER OATH.*** This means that all government officials are above the LAW. This means you and your family have no Right's to file a Criminal Complaint under Oath.

The Uvalde Massacre of Little Children and Teacher, where these little children were allowed to suffer pain and bleed to death because for seventy minutes, they were denied medical attention. Because orders were given by Government and Police Officials for Police not to do anything until given Orders by them to enter. It is Common Law under *THE AMERICAN COMMON LAW, has aways said that after shoots are fired all negotiations stop and police must attack and recuse all wounded citizens. These officers of the Law have Committed a Felony Crime According to Title 18 Section 241 & 242 of The United States Criminal Code. The abovementioned Felony Criminals should be charged with first degree Murder and if convicted should be given The Death Penalty.*

We Truly believe why Government Official have Allowed the Uvalde Massacre and other Massacres in The United States is to take away our Second Amendment Right to Bear Arms. They are trying to convince citizens to change our Second Amendment and that citizens cannot own guns. *The Bible is noticeably clear in these Conspiracy the Criminal elements of our Elected Official.  In Mark 3:27 says whoever wants to enter a strong man's house and steal his things must first tie him up. Then they can steal the things from his house . **The Strong Man is our right to have guns to protect our family from Criminals. By taking away our Guns then they can PLUNDER THE HOUSE of THE UNITED STATES.***

THE UNITED STATES FEDERAL GOVERNMENT, has allowed that, **THE UNITED STATES CONSTITUTION TO BE DESTROYED FROM WITHIN:** *It is our opinion that the following are destroying The United States Constitution from within:* **1). CORPORATE AMERICA    2).   The American Bar Association.      3).   Corrupt Elected Public Officials.**

UNITED STATES SOLDIERS,  *STOP SERVING The De Facto Federal Government that has allowed The UNITED STATES CONSTITUTION* **to be destroyed from within**

This De Facto Government have De Fact Court's and Jury Trial's, De Facto Police, Sherriff where you can file a De Facto Criminal Complaint, they have De Facto District Attorney, and De Facto Congress where they pass De Facto Laws. A De Facto Government acts like a legitimate Government, but Citizens have no Right's.  A De Facto Government gives it's Citizens "What is in Reality, what ever it gives you is what you get." *It is based on ARBITARY and CAPRICIOUS DECISIONS and  UNREASONABLE ACTS  of the Will of those in POWER.*

If The Federal Department of Investigation and it's Officers, continues to deny our Right to File a Criminal Complaint Under Oath as Required to have Jurisdiction in a Common Law Court and Twelve Person Jury Trial in The United States. Your Officers have lied under oath and have Obstructed Justice and are Perverting the course of Justice from been served. This is a felony Crime.

_____
ANASTACIO R. BARRERA

SUBSCRIBED AND SWORN TO BEFORE ME, this 28th day of _____June_____, 2023____.

_____

(L.S.)

ANGELICA MELISSA GARZA
My Notary ID # 129180848
Expires October 26, 2024

*EXHIBIT 4*

| The State of Texas | () | Affidavit to any Fact |
|---|---|---|
| County of Webb | () | Felony Criminal Complaint Under Oath: |
| | () | For: PATRICIA B. BOWMAN    & |
| | () | JOSE FERNANDO MORALES |

BEFORE ME, the undersigned, a Notary Public in and for said County, State of Texas, on this day personally appeared MARIA GUADALUPE REYNA BENAVIDES and ALEJANDRO CASTILLO, to me well known, and who, after being by me duly sworn, deposes and says that.

Now comes MARIA GUADALUPE REYNA BENAVIDES and ALEJANDRO CASTILLO, who both reside at 1819 Mercer Street, Laredo, Texas 78043. That on February 24, 2020, PATRICIA B. BOWMAN, presented a "DEED of GIFT" our Family Homestead located at 1819 Mercer Street, in Laredo, Texas 78043. We present Exhibit 1, filed on May 16, 2023, that clearly shows the three lots that was our Family Homestead on February 24, 2020.

PATRICIA B. BOWMAN gave a "DEED of GIFT" to JOSE FERNANDO MORALES, whose residence and mailing address is 3618 Tilden Avenue, Laredo, Texas.

That PATRICIA B. BOWMAN never had an interest in our Family Homestead, as is evidenced by Exhibit 2 filed on the     day of June 2023. That my Husband JORGE BENAVIDES IV did pay in hand $25,000 Dollars to PATRICIA B. BOWMAN, for her interest in our Homestead on or about the year 2019.

Anyway, under The American Common Law a Homestead cannot be sold or divided because of the Death of the Principal Owner, because a Family lives at the Homestead it cannot be divided and only belongs to those who reside at the Homestead. Although it was not necessary for JORGE BENAVIDES IV, to pay PATRICIA B. BOWMAN and ROBERTO BENAVIDES $25.000 Dollars for their interest in our Homestead, because for over Ten years neither of them ever lived at our Family Homestead, but my Husband Paid them anyway.

MARIA GUADALUPE REYNA BENAVIDES and ALEJANDRO CASTILLO, further state the fact that JORGE BENAVIDES IV, did sell part of our Homestead, he sold Lot Two and Lot Three of Block 1,001 of the Eastern Division, 1803 and 1817 Mercer Street in Laredo Texas 78043. That he did finance these two sales and each landowner was to pay our Family $1,000. Dollars per Month. On April 17, 2022, JORGE BENAVIDES IV, died and from this day JOSE FERNANDO MORALES is collecting the $1,000. Dollar payment due to our Family Homestead and refuse to give this $1,000. Dollar payment of said loan to the widow of JORGE BENAVIDES IV, his wife MARIA GUADALUPE REYNA BENAVIDES.

This is a Criminal Complaint under Oath that guarantees this United States Citizens, a Common Law Court with a twelve person Jury Trial. This is an attempt to steal a Homestead worth over $200,000. Dollars. This Criminal Complaint is for PATRICIA B. BOWMAN for giving a Deed of Gift of a property that she had no interest in and JOSE FERNANDO MORALES for collecting the two $1000. Dollar payment of the loan payment each month that MARIA GUADALUPE REYNA BENAVIDES the widow of JORGE BENAVIDES IV, who collected this $1000, Dollar loan payment until the death of JORGE BENAVIDES IV.

Widow MARIA GUADALUPE REYNA BENAVIDES, after the death of her husband JORGE

BENAVIDES IV confronted JOSE FERNANDO MORALES, asking why he was now collecting the Two 1,000. Dollar loan payments. JOSE FERNANDO MORALES, answered that the properties are now under my name. he further told widow MARIA GUADALUPE REYNA BENAVIDES, that if she started to make any waves like calling the police, that he would call the Immigration Department, because she was an undocumented immigrant.

We are filing this Criminal Complaint Under Oath with The Federal Department of Investigation because our United States Constitutional Rights have been Violated by The State of Texas, who denies that The United States Constitution is "THE SUPREME LAW of THE LAND." The State of Texas says that THE Common Citizen and The Working Class Citizens have no Rights under Texas Law, that before mention Citizen do not have a Right to file Criminal Complaints under oath because The State of Texas is not under a Common Law Jurisdiction. EXHIBIT THREE shows how a Brave United States Citizen deserving the Medal of Honor, for his Brave actions in the Morning of November 16, 1968, in Vietnam that prevented a Military defeat of B Co. one-seventh Cav. And the first. platoon of A co, 1/7 Cav, . That Larry Lara killed 10 to 15 NVA soldiers but without his Kills I would not have been able to get The Charging NVA line in a Deadly Crossfire in which I killed some 65 Plus NVA soldiers that made them retreat. AND TODAY I HAVE NO RIGHTS, NOT EVEN TO A speedy trial of my criminal complaint under oath. I FILED THIS CRIMINAL COMPLAINT UNDER OATH ON MARCH 23, 2021. TO THIS DAY JUNE 14, 2023, I HAVE NOT RECEIEVED ANY REPLY. THE FELONY CRIMINALS CONTINUE FREE TO ROB THE POOR AND THE WORKING CLASS CITIZENS OF THE UNITED STATES.

We, pray that our Right to file a Criminal Complaint Under Oath (that tells all Law Officials and The Grand Jury that a Person has been wronged and the wrong doer must go to a Common Law twelve Person Jury Trial to decide if he is innocent or guilty.) BE GRANTED. WE PETITION THAT ALL STATE OF TEXAS OFFICIAL BE ARRESTED FOR THE VIOLATION OF THE LAW; THEY HAVE VIOLATED Title 18 Section 241 & 242 of The United States Criminal Code.

_____
MARIA GUADALUPE REYNA BENAVIDES

SUBSCRIBED AND SWORN TO BEFORE ME, this 22nd day of June, 20_23_.

(L.S.) Angelica Melissa Garza

ANGELICA MELISSA GARZA
My Notary ID # 129180848
Expires October 26, 2024

_____
ALEJANDRO CASTILLO

SUBSCRIBED AND SWORN TO BEFORE ME, this 22nd day of June, 20_23_.

L.S.) Angelica Melissa Garza

ANGELICA MELISSA GARZA
My Notary ID # 129180848
Expires October 26, 2024

# " The Garryowen's " PHANTOM RAIDERS
## THE TRUE STORIES of a VIETNAM FOOT SOLDIER

I give you this Book, my true story of how Two Mexican American soldiers prevented a Military Defeat of Company B of the 1/7 Battalion of The First Cavalry on November 16, 1968.

I, Anastacio R. Barrera, killed at least 65 enemy soldiers or more. Larry Lara killed at least 14 enemy soldiers. I personally saw Lara shoot a 5 or 6 enemy soldiers before Lara was killed bravely defending our perimeter. Had Lara not done what he did I would not have been able to do all that I did in preventing the enemy from over running our perimeter. Had the enemy over run our perimeter, this would have meant a MILITARY DEFEAT of Company B of the 1/7 Battalion of The First Cavalry with many American Casualties.

I also give you this Book in the hope that as a High Government Official of Mexico that our story could be told of the bravery of Mexican Soldiers that while most all-American Soldiers were Pin down and not firing. This Two Mexican Americans were outside their fox holes facing the enemy. Also, maybe you know of persons in the News Media that could tell our story.