United States District Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE REYNA BENAVIDES | § § § | |
| VS. | § § | CIVIL ACTION NO. 5:23-CV-67 |
| FEDERAL DEPARTMENT OF INVESTIGATION | § § § | |

## ORDER

Pending before the Court is the United States Magistrate Judge's Report and Recommendation (the "Report") (Dkt. No. 26). On December 18, 2023, United States Magistrate Judge Christopher dos Santos ordered Mr. Anastacio R. Barrera, Plaintiff's "attorney-in-fact" to show cause why the Court should not impose sanctions on him for engaging in the unauthorized practice of law (Dkt. No. 23 at 3). Mr. Barrera filed the Complaint (Dkt. No. 1), pending motion for reconsideration (Dkt. No. 19), and motion to quash (Dkt. No. 21). But Mr. Barrera is not a licensed attorney admitted to practice in the Southern District of Texas, nor did he seek permission from the Court to appear without admission (Dkt. No. 23 at 1–2).

Mr. Barrera did not respond to the Magistrate Judge's show cause order. Accordingly, the Magistrate Judge recommended that the Court order the following:

> (1) Plaintiff's motion for reconsideration, (Dkt. No. 19), and motion to quash, (Dkt. No. 21), be stricken from the record;
> (2) Mr. Barrera be prohibited from giving legal advice or rendering legal services to Plaintiff in connection with this matter;
> (3) Mr. Barrera be prohibited from preparing or making any filings on behalf of Plaintiff in this case;

>    (4) any further filings by Barrera be stricken from the record; and
>    (5) the Clerk of Court mail copies of this order and all docket entries to the Texas Unauthorized Practice of Law Committee, P.O. Box. 12487, Austin, Texas 78711.

(*See* Dkt. No. 26 at 1–2).

No party filed an objection to the Report within the 14-day objection period. *See* Fed. R. Civ. P. 72(b)(2). The Court thus reviews the Report for clear error. *See* Fed. R. Civ. P. 72(b); *Hack v. Wright*, 396 F.Supp.3d 720, 730 (S.D. Tex. 2019).

Having reviewed the Report and finding no clear error, the Court hereby **ADOPTS** the Report (Dkt. No. 26) **IN WHOLE**. Accordingly, Plaintiff's motion for reconsideration (Dkt. No. 19), motion to quash (Dkt. No. 21), and any future filings by Mr. Barrera are **STRICKEN**. Mr. Barrera is **PROHIBITED** from providing legal advice or services to Plaintiff and preparing or making filings on her behalf. The Clerk of Court is **ORDERED** to mail copies of this order and all docket entries to the Texas Unauthorized Practice of Law Committee, P.O. Box. 12487, Austin, Texas 78711.

It is so **ORDERED**.

**SIGNED** January 25, 2024.

_____
Marina Garcia Marmolejo
United States District Judge